No. — – ——. BLANCHETTE ET AL., TRUSTEES OF THE PROPERTY OF PENN CENTRAL TRANSPORTATION CO. ET AL. *v.* U. S. RAILWAY ASSN. ET AL. Sp. Ct. R. R. R. A. Appeals dismissed without prejudice, it appearing that the appeals would not be in the interest of an expeditious conclusion to the proceedings.

No. A–259 (O. T. 1976). HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* UNDERWOOD ET AL. D. C. D. C. Motion of respondents to vacate stay heretofore entered by the Court on October 18, 1976 [429 U. S. 892, *sub nom. Hills* v. *Underwood*], denied.

No. A–433 (76, Orig.). CALIFORNIA *v.* TEXAS. Application for temporary restraining order and preliminary injunction, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–453. BRISCOE, GOVERNOR OF TEXAS, ET AL. *v.* ESCALANTE ET AL. D. C. W. D. Tex. Motion to reconsider stay granted by this Court on December 5, 1977 [*ante,* p. 979], and for other relief denied.